IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,        EX PARTE ORDER

v.

        11-cr-13-bbc

TRACI GRAY and
SAMANTHA JOHNSON,

        Defendants.

---

At the request of each defendant by counsel, *see* dkts. 112 and 123, IT IS ORDERED that:

(1) All trial subpoenas served on behalf of either defendant Traci Gray or defendant Samantha Johnson is AMENDED so that the appearance date and time is moved forward to **Tuesday, June 14, 2011 at 1:00 p.m.**; and

(2) All witnesses who have received subpoenas served on behalf of either defendant Traci Gray or defendant Samantha Johnson SHALL APPEAR on **Tuesday, June 14, 2011 at 1:00 p.m.** unless specifically advised by a defendant's attorney to appear at a different time or place.

Entered this 6th day of June, 2011.

        BY THE COURT:

        /s/

        STEPHEN L. CROCKER
        Magistrate Judge